# **EXHIBIT K**



JEFF LANDRY
GOVERNOR

AURELIA S. GIACOMETTO
SECRETARY

## STATE OF LOUISIANA
DEPARTMENT OF ENVIRONMENTAL QUALITY
OFFICE OF ENVIRONMENTAL SERVICES

Certified Mail No.

Agency Interest (AI) No. 199310
Activity No. PER20240003

Mr. Jeffrey R. Holmstead
Counsel to Denka Performance Elastomer, LLC
Bracewell LLP
2001 M Street NW, Suite 900
Washington, DC  20036-3310

RE:   Extension of Compliance
      Denka Performance Elastomer LLC, Pontchartrain Plant
      LaPlace, St. John the Baptist Parish, Louisiana

Dear Mr. Holmstead:

By correspondence dated April 19, 2024,[1] Denka Performance Elastomer LLC (Denka) requested a two-year extension to comply with certain requirements promulgated by the Environmental Protection Agency (EPA) on May 16, 2024.[2] More specifically, Denka requested an extension for the chloroprene requirements of 40 CFR 63.484(u), 63.485(y) and (z), 63.487(j), 63.494(a)(7), 63.501(a)(10)(iv), 63.502(a)(3) and (a)(7), 63.509, and 63.510 of Subpart U, and, with respect to fenceline monitoring provisions, the root cause analysis and corrective action requirements of 40 CFR 63.184(e) and (f) of Subpart H.[3] These provisions have a compliance date of October 15, 2024.

Section 112(f)(4)(B) of the Clean Air Act and 40 CFR 63.6(i)(4)(ii) and (i)(9) provide the Louisiana Department of Environmental Quality (LDEQ) with the authority to grant an extension allowing the owner or operator of an existing source who is unable to comply with an applicable standard established pursuant to 112(f) of the Act up to 2 years to comply with the standard, if such additional period is necessary for the installation of controls and that steps will be taken during the period of the extension to assure that the health of persons will be protected from imminent endangerment.[4] Note that EPA has interpreted "installation of controls" broadly to "include the installation of any equipment needed to comply with the rule, such as adding or modifying emission control equipment and/or equipment necessary to comply with the monitoring, recordkeeping and reporting requirements of the rule."[5]

---

[1] EDMS Doc ID 14263241
[2] New Source Performance Standards for the Synthetic Organic Chemical Manufacturing Industry and National Emission Standards for Hazardous Air Pollutants for the Synthetic Organic Chemical Manufacturing Industry and Group I & II Polymers and Resins Industry (89 FR 42932)
[3] 40 CFR 63.502(a) requires Denka to comply with the requirements of 40 CFR 63 Subpart H except as provided in 40 CFR 63.502(a)(1) through (7) and (b) through (m).
[4] Louisiana has an "approved permit program" as defined in 40 CFR 63.2. See "Clean Air Act Final Full Approval of Operating Permits Program; Louisiana Department of Environmental Quality" (60 FR 47296, September 12, 1995).
[5] See memorandum dated June 15, 2017, from Peter Tsirigotis, Director of EPA's Sector Policies and Programs Division, titled "MACT Compliance Extension Requests for Petroleum Refineries."

Mr. Jeffrey R. Holmstead
Page 2

LDEQ finds that additional time is needed for Denka to install controls. In justifying the need for a compliance date of two years after the effective date of the final rule, EPA acknowledged that "the new [ethylene oxide] provisions under CAA section 112(f) will require additional time to plan, purchase, and install emission control equipment" and "additional permits may be required for these new emission control equipment (*e.g.*, New Source Review and/or a Title V permit modifications). In other words, sufficient time is needed to properly engineer the project, obtain capital authorization and funding, procure the equipment, obtain permits, and construct and start-up the equipment."[6]

The circumstances facing Denka are no different. According to Denka, a new thermal oxidizer and wastewater steam stripper will be required to comply with the new standards for chloroprene, and additional control equipment may be necessary to limit total chloroprene emissions from all maintenance vents to 1.0 tons per year. In addition, Denka will have to construct as many as three permanent total enclosures to capture emissions from batch reactors, wash belt dryers, and emulsion storage tanks, as well as install additional monitoring equipment on numerous pressure relief devices.

LDEQ also finds that steps will be taken during the period of the extension to assure that the health of persons will be protected from imminent endangerment. Denka must continue to operate the regenerative thermal oxidizer and wet scrubber installed in 2018 and implement the other emission reduction measures mandated by Administrative Order on Consent AE-AOC-17-00011, issued January 6, 2017, which were designed to reduce actual chloroprene emissions by 85 percent.[7] Notably, according to EPA's Air Toxics Screening Assessments, these measures alone reduced local cancer risk due to chloroprene exposure by approximately 84 percent.[8]

Further, during the two-year extension period, Denka shall comply with the following requirements.

*Fenceline Monitoring*

Denka shall comply with fenceline monitoring provisions for chloroprene as required by 40 CFR 63.502(a) of Subpart U and 40 CFR 63.184 of Subpart H according to the schedule set forth in 40 CFR 63.481(p)(2), except that the root cause analysis and corrective action requirements of 40 CFR 63.184(e) and (f) of Subpart H shall not apply until October 15, 2026.

*TO-15 Monitoring*

Denka shall continue the periodic sampling of chloroprene that it voluntarily agreed to in its May 6, 2016, letter to LDEQ.[9] Specifically, Denka must take at least one 24-hour integrated sample at least once every six calendar days using 6L Summa canisters at five different locations near the Pontchartrain Plant and analyze such samples using method TO-15 for 1,3-butadiene, benzene, chloroprene, ethylbenzene, toluene, and total xylenes. Denka shall continue reporting monitoring results to LDEQ on a monthly basis.

---

[6] 89 FR 42954
[7] EDMS Doc ID 10457076
[8] Based on the cancer risks attributed to chloroprene per EPA's 2017 AirToxScreen and 2019 AirToxScreen for census tract 22095070800, which encompasses the community immediately west of the Pontchartrain Plant.
[9] See EDMS Doc IDs 10186646 and 10232609.

Mr. Jeffrey R. Holmstead
Page 3

*Additional Chloroprene Emission Reduction Strategies*

Denka shall continue to implement the emission reduction strategies described in Section III.A (Implemented Emission Reduction Strategies Since May 2022) of Denka's request.[10] If Denka wishes to suspend or cease implementation of any such strategy, Denka shall notify LDEQ at least seven days prior and propose a replacement strategy that is anticipated to achieve a similar level of chloroprene emission reductions.

*Progress Reports*

Consistent with 40 CFR 63.6(i)(11), Denka shall submit semiannual progress reports to the Air Permits Division detailing the actions taken to bring the affected sources at the Pontchartrain Plant into compliance with the standards under 40 CFR 63 Subpart U for which an extension has been requested. These reports shall be due on:

- May 31, 2025, for the period encompassing October 15, 2024, through April 14, 2025;
- November 30, 2025, for the period encompassing April 15, 2025, though October 14, 2025;
- May 31, 2026, for the period encompassing October 15, 2024, through April 14, 2026; and
- November 30, 2026, for the period encompassing April 15, 2026, though October 14, 2026.

Based on the information provided by Denka, LDEQ hereby grants the requested two-year extension to comply with the provisions of 40 CFR 63 Subparts H and U identified above. The new compliance date shall be October 15, 2026.[11]

LDEQ recognizes that EPA has amended 40 CFR 63.507(c) to preclude delegation of its authority to approve extension requests under 40 CFR 63.6(i)(4)(ii) to state, local, and tribal agencies.[12] However, this amendment does not become effective until July 15, 2024,[13] and therefore does not prohibit LDEQ's approval of Denka's extension request.

Should you have any questions regarding this matter, please contact Bryan D. Johnston of the Air Permits Division at (225) 219-3450 or bryan.johnston@la.gov.

Sincerely,

Amanda Vincent, Ph.D., PMP
Assistant Secretary

June 27, 2024
Date

AV:BDJ

---

[10] EDMS Doc ID 14263241 (pp. 20-22 of 53)
[11] This extension is effective upon signature. LDEQ is aware that Denka is seeking a stay of the effective date of the May 16, 2024, amendments to Subpart U in the D.C. Circuit. This approval is subject to any modification of the effective date ordered by the court and shall not become effective if Denka obtains a two-year compliance period through its judicial challenge.
[12] 40 CFR 63.507(c)(6)
[13] 89 FR 42932