# EXHIBIT P

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

DENKA PERFORMANCE ELASTOMER,
LLC, et al.

    *Defendants.*

Civ. No. 2:23-cv-735

Judge Barbier (Section "J" (5))

Magistrate Judge North

### UNITED STATES' RESPONSES TO DEFENDANT DENKA PERFORMANCE ELASTOMER, LLC'S FIRST SET OF INTERROGATORIES

Plaintiff, the United States of America, acting by the authority of the Attorney General and at the request of the Administrator of the United States Environmental Protection Agency ("EPA"), in accordance with the meet and confer the parties held on May 2 and 3, 2023, hereby submits the following responses and objections to Defendant Denka Performance Elastomer, LLC's ("Denka") First Set of Interrogatories ("Requests"), which Denka served on the United States on April 27, 2023.[1]  Responses to Request Nos. 1, 6, and 8 from this First Set of Interrogatories were separately served on Denka on May 15, 2023 pursuant to Magistrate North's Order of April 24, 2023 (Dkt. No. 47).

### GENERAL RESPONSES

The United States' decision, now or in the future, to provide information notwithstanding the objectionable nature of any of the definitions or instructions, or the Requests themselves, should not be construed as: (a) a stipulation that the material is relevant or admissible; (b) a waiver of the United States' objections asserted in response to specific requests; or (c) an

---

[1]  Denka provided "clarifying revisions" to Request No. 5 by email on May 19, 2023.  The United States responds to the revised version of that Request here.

Administrators, Acting Regional Administrators, and Deputies, "Reopening FY2021 Call for Nomination of Chemicals for Developing or Updating IRIS Assessments" (March 11, 2021)

- EPA-wide Informational Briefing, "3_Presentation - EPA Wide Introductory Meeting on FY2021 Call for Nomination of IRIS", Center for Public Health and Environmental Assessment, Office of Research and Development, EPA (March 23, 2021).

- Email From Michael Morton, R6, to Kris Thayer, ORD, "Region 6 IRIS Nomination for Chloroprene" (March 31, 2021)

- "Results of March 2021 IRIS Nomination Call for Chemical Assessment Nominations", Office for Public Health and Environmental Assessment, Office of Research and Development, EPA (June 16,2021)

- Email from Michael Morton, R6, to Kris Thayer, ORD, "Clarifying our Region 6 FY2021 IRIS Assessment Nomination of Chloroprene" (July 29, 2021)

**INTERROGATORY NO. 12**:  *Please identify any incidences of human cancer that have been attributed to the inhalation of chloroprene emissions from the Facility and identify all documents that support or were relied upon in providing your response.*

**Objections to Interrogatory No. 12:**

The United States objects that the word "incidences" [sic] as used in the Request is vague as to its intended meaning.  The United States interprets the word to mean "incidents," i.e. specific cases of human cancer.  *See* https://www.merriam-webster.com/dictionary/incident; https://www.merriam-webster.com/dictionary/incidence.

The United States further objects that the instruction to identify incidents of human cancer that "have been attributed to" chloroprene emissions from Denka's facility is vague – the Request does not specify what type of attribution is intended, or by whom.  The United States interprets this phrase to mean circumstances in which persons with medical or other relevant

scientific expertise have evaluated evidence and found a causal connection between a specific case of cancer and exposure to Denka's chloroprene emissions.

**Response to Interrogatory No. 12**:

Subject to the preceding Objections, the United States responds that it is not currently aware of specific incidents of cancer that have been attributed by a medical professional or individual with other relevant scientific expertise to exposure to Denka's chloroprene emissions. Note, however, that the United States' claim of imminent and substantial endangerment does not allege that specific occurrences of cancer were caused by Denka's chloroprene emissions, but instead that Denka's chloroprene emissions are causing people in the community surrounding the facility to face an unacceptable *increased risk* of developing cancer. *See* PI Motion, Memo in Support at 23-29 (Dkt. No. 9-2).

The United States anticipates that expert evidence regarding attribution of specific instances of cancer to Denka's emissions may have been introduced in the tort litigation Denka is currently engaged in in state and federal court regarding its chloroprene emissions. But any such evidence would already be in Denka's possession and more readily accessible to Denka than to the United States.

**INTERROGATORY NO. 13**:  *Please identify all and describe all risk assessment work conducted by or for EPA in relation to chloroprene emissions from the Facility since 2010 and identify all documents that support or were relied upon in providing your response, including identification of any specific EPA risk assessment guidance documents relied upon.*

**Objections to Interrogatory No. 13:**

The United States objects to this Request on the grounds that it seeks information

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

As to objections:

5/31/23
Dated

STEVEN D. SHERMER
Senior Attorney
District of Columbia Bar No. 486394
DAVIS H. FORSYTHE
DANIEL S. SMITH
Senior Counsel
HANNAH L. FRAZIER
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
(202) 514-1134
Steven.Shermer@usdoj.gov

OF COUNSEL:

ROBERT PARRISH
Attorney-Advisor
U.S. Environmental Protection Agency
Office of Civil Enforcement, Air Enforcement Division
1200 Pennsylvania Avenue, NW (2242A)
Washington, D.C. 20460

JUSTIN LANNEN
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 6
1201 Elm Street, Suite 500 (ORCEA)
Dallas, TX 75270

## VERIFICATION FOR RESPONSES TO DEFENDANT DENKA PERFORMANCE ELASTOMER, LLC'S FIRST SET OF INTERROGATORIES

I declare under penalty of perjury that the foregoing responses to Interrogatory Nos. 3, 4, 7, 9, 10, 11 (as to Paragraph 3 other than the final sentence and Paragraphs 4 and 5), 12, and 13 are true and correct to the best of my knowledge based on my personal knowledge and consultation with other EPA personnel with personal knowledge or access to agency records containing the information.

Executed on: May 31, 2023

Signature: *James Leathers*

Name: James Leathers

Title: Supervisory Environmental Engineer

Work Address: U.S. Environmental Protection Agency

Region 6

1201 Elm Street, Suite 500

Dallas, TX 75270