# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 16, 2024

Mr. Jeffrey Prieto
Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Washington, DC 20460-0003

    No. 24-60351   Denka Performance Elastomer v. EPA
                       USDC No. 40 CFR Parts 60 and 63

Dear Mr. Prieto,

The court has requested a response to the motion to intervene filed by the State of Louisiana and Louisiana Department of Environmental Quality in support of Petitioner in this case. Your response must be electronically file by noon on Friday, July 19, 2024.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Monica R. Washington, Deputy Clerk
                            504-310-7705

cc:  Mr. David A. Super