# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 17, 2024

Mr. Jeffrey L. Oldham
Bracewell, L.L.P.
711 Louisiana Street
S. Pennzoil Plaza
Suite 2300
Houston, TX 77002

    No. 24-60351   Denka Performance Elastomer v. EPA
                      USDC No. 40 CFR Parts 60 and 63

Dear Mr. Oldham,

Counsel failed to complete the lower portion of the form.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Burke Fenerty, Deputy Clerk
                        504-310-7624