24-60351

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

DENKA PERFORMANCE ELASTOMER LLC,

*Petitioner*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

*Respondent.*

ON PETITION FOR REVIEW OF AGENCY ACTION OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

**RESPONDENTS' RESPONSE TO MOTION TO INTERVENE**

|  | TODD KIM |
|---|---|
|  | *Assistant Attorney General* |

*Of Counsel:*
MICHAEL THRIFT
HALI KERR
  Office of the General Counsel
  U.S. Environmental Protection Agency
  Washington, DC

ALEXANDER M. PURPURO
BRANDON N. ADKINS
  *Attorneys, Environmental Defense Section*
  Environment and Natural Resources Division
  U.S. Department of Justice
  P.O. Box 7611
  Washington, D.C. 20044
  (202) 514-9771
  Brandon.Adkins@usdoj.gov
  Alexander.Purpuro@usdoj.gov

Respondents United States Environmental Protection Agency and Michael Regan, Administrator of the United States Environmental Protection Agency, hereby submit this response pursuant to this Court's July 16, 2024 Order. Respondents take no position regarding the Motion to Intervene filed by the State of Louisiana and the Louisiana Department of Environmental Quality (collectively, "Louisiana"), and therefore will not file an opposition to their motion.

As will be explained further in Respondents' forthcoming response to Petitioner's Emergency Motion to Stay and countermotion to dismiss this matter, however, the Court lacks jurisdiction to hear this case and therefore the Court need not rule on Louisiana's Motion to Intervene at this time. *Cf. In re Deepwater Horizon*, 546 F. App'x 502, 506 (5th Cir. 2013) (per curiam) ("[W]hen a motion to intervene would be futile because a district court is without power to grant the relief sought by the movant, we have held the motion to intervene must be denied."). Respondents otherwise take no position.

        Respectfully submitted,

        July 19, 2024

        TODD KIM
         *Assistant Attorney General*

| *Of Counsel:* | s/ Alexander M. Purpuro |
|---|---|
| MICHAEL THRIFT | ALEXANDER M. PURPURO |
| HALI KERR | BRANDON N. ADKINS |
|   Office of the General Counsel |   *Attorney, Environmental Defense Section* |

| | |
|---|---|
| U.S. Environmental Protection Agency<br>Washington, DC | Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 616-9174<br>*Alexander.Purpuro@usdoj.gov*<br>*Brandon.Adkins@usdoj.gov* |

-A1-

## CERTIFICATES OF COMPLIANCE

I hereby certify that this filing complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

I further certify that this response complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 161 words, after excluding the items exempted by Fed. R. App. P. 32(f), according to the count of Microsoft Word, excluding the parts of the response exempted by Fed. R. App. P. 32(f).

                                                                    s/ Alexander M. Purpuro  
                                                                    ALEXANDER M. PURPURO

-A2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically filed the foregoing Response with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                              s/ Alexander M. Purpuro