# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60351   Denka Performance Elastomer v. EPA
                   Agency No. 40 CFR Parts 60 and 63

Enclosed is an order entered in this case.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Majella A. Sutton, Deputy Clerk
                           504-310-7680

Mr. Brandon N. Adkins
Mr. Jeffrey L. Oldham
Mr. Jeffrey Prieto
Mr. Alexander M. Purpuro
Mr. Michael S. Regan
Ms. Kelsey LeeAnn Smith
Mr. David A. Super