# United States Court of Appeals for the Fifth Circuit

No. 24-60351

United States Court of Appeals
Fifth Circuit
**FILED**
July 19, 2024
Lyle W. Cayce
Clerk

Denka Performance Elastomer L.L.C.,

*Petitioner*,

State of Louisiana; Louisiana Department of Environmental Quality,

*versus*

United States Environmental Protection Agency; Michael Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents*.

_____

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 40 CFR Parts 60 and 63

_____

ORDER:

No. 24-60351

IT IS ORDERED that the motion of State of Louisiana and Louisiana Department of Environmental Quality for leave to intervene in support of petitioner Denka Performance Elastomer L.L.C. is GRANTED.

_____
KURT D. ENGELHARDT
*United States Circuit Judge*