# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 31, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60351   Denka Performance Elastomer v. EPA
                       Agency No. 40 CFR Parts 60 and 63

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Monica R. Washington, Deputy Clerk
                            504-310-7705

Mr. Brandon N. Adkins
Mr. Jorge Benjamin Aguinaga
Mr. Jeffrey L. Oldham
Mr. Jeffrey Prieto
Mr. Alexander M. Purpuro
Mr. Michael S. Regan
Ms. Kelsey LeeAnn Smith
Mr. David A. Super