# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 31, 2024
Lyle W. Cayce
Clerk

No. 24-60351

Denka Performance Elastomer, L.L.C.,

*Petitioner*,

State of Louisiana; Louisiana Department of Environmental Quality,

*Intervenors*,

*versus*

United States Environmental Protection Agency; Michael Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents*.

_____

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 40 CFR Parts 60 and 63

_____

UNPUBLISHED ORDER

Before Smith, Graves, and Engelhardt, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Petitioner's motion for stay pending appeal is GRANTED.

IT IS FURTHER ORDERED that Respondents' motion to dismiss petition for lack of jurisdiction is DENIED.[1]

---

[1] Judge Graves would grant Respondents' motion to dismiss petition for lack of jurisdiction.