NOT SCHEDULED FOR ORAL ARGUMENT

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| DENKA PERFORMANCE ELASTOMER, LLC,<br><br>*Petitioner*,<br><br>STATE OF LOUISIANA and LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>*Intervenors*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator of the U.S. Environmental Protection Agency,<br><br>*Respondents*. | Case No. 24-60351 |

**JOINT MOTION TO EXTEND TIME TO FILE OPPOSITION TO PETITIONER'S MOTION TO SUPPLEMENT OR COMPLETE ADMINISTRATIVE RECORD AND AMEND BRIEFING SCHEDULE**

Respondents United States Environmental Protection Agency and Administrator Michael S. Regan ("EPA") and Petitioner Denka Performance Elastomer LLC ("DPE") jointly move to extend (1) EPA's deadline to respond to Petitioner's Motion to Supplement or Complete Administrative Record and Amend Briefing Schedule ("Motion to Supplement") to September 9, 2024; and (2) DPE's deadline to submit its principal brief to October 30, 2024, or, if the Court grants the

Motion to Supplement, thirty days after EPA completes the administrative record in whatever manner ordered by the Court.

In support of the extensions requested in this motion, EPA and DPE state:

1. On August 20, 2024, EPA submitted a certified copy of the record on review. ECF No. 70.

2. DPE's principal brief and record excerpts are due by September 30, 2024. *See* ECF No. 72; Fed. R. App. P. 31.

3. On August 26, 2024, DPE filed its Motion to Supplement. ECF No. 73.

4. EPA's deadline to respond to the Motion to Supplement is September 5, 2024. *See* Fed. R. App. P. 27(a)(3)(A).

5. Good cause exists to extend EPA's deadline to respond to the Motion to Supplement. *See* Fed. R. App. P. 26(b); 5th Cir. R. 26.2. EPA is working diligently to prepare its response. An extension by two business days so that EPA's deadline becomes September 9, 2024, would accommodate the passing of the Labor Day holiday and the unavailability of staff who are needed to advise undersigned counsel and review EPA's response during the holiday period.

6. Good cause also exists to extend the time for DPE to file its principal brief. *See* Fed. R. App. P. 26(b); 5th Cir. R. 26.2, 31.4.2. Extending EPA's time to respond to the Motion to Supplement, as requested herein, increases the likelihood

that DPE's principal brief will be due while issues concerning the record on review raised in the Motion to Supplement are unresolved. A thirty-day extension of DPE's deadline to file its principal brief would reduce that likelihood and thus result in a more orderly proceeding. At the same time, if the Court grants the Motion to Supplement, EPA may need time to complete the record in whatever manner ordered by the Court. Thus, DPE and EPA request that DPE's deadline to submit its principal brief be extended to October 30, 2024, unless the Court grants the Motion to Supplement, in which case DPE's principal brief would be due thirty days after EPA completes the administrative record in whatever manner ordered by the Court.

7. Accordingly, EPA and DPE jointly request that the Court extend (1) EPA's deadline to respond to the Motion to Supplement to September 9, 2024; and (2) DPE's deadline to submit its principal brief to October 30, 2024, or, if the Court grants the Motion to Supplement, thirty days after EPA completes the administrative record in whatever manner ordered by the Court.

8. Undersigned counsel for Respondents conferred with counsel for Intervenors. Intervenors do not oppose the relief requested in this motion.

9. Finally, in its Motion to Supplement, DPE requested a ruling by September 12, 2024. In light of the request to extend EPA's deadline to respond to the Motion to Supplement to September 9, 2024, DPE respectfully requests that the

Court rule now on the Motion to Supplement by September 20, 2024. DPE intends to file a timely reply in support of the Motion to Supplement.

Date: August 29, 2024

Respectfully submitted,

TODD KIM
Assistant Attorney General

s/ Brandon N. Adkins
BRANDON N. ADKINS
ALEXANDER M. PURPURO
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9562 (Adkins)
Fax: (202) 514-9771
Email: Brandon.Adkins@usdoj.gov

*Counsel for Respondents*

James C. Percy
JONES WALKER LLP
445 N. Boulevard, Suite 800
Baton Rouge, LA 70802
Telephone: (225) 248-2130
jpercy@joneswalker.com
Robert E. Holden
Brett S. Venn
JONES WALKER LLP
201 St. Charles Ave
New Orleans, LA 70170
Telephone: (504) 582-8000
bholden@joneswalker.com
bvenn@joneswalker.com

s/ David A. Super
David A. Super
Jason B. Hutt
Jeffrey R. Holmstead
Britt Cass Steckman
Kevin M. Voelkel
BRACEWELL LLP
2001 M Street NW, Ste. 900
Washington, DC 20036
Telephone: (202) 828-5800
david.super@bracewell.com
jason.hutt@bracewell.com
jeff.holmstead@bracewell.com
britt.steckman@bracewell.com
kevin.voelkel@bracewell.com

*Counsel for Petitioner*

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on August 29, 2024, I electronically filed the foregoing Joint Motion to Extend Time to Respond to Petitioner's Motion to Supplement or Complete Administrative Record and Amend Briefing Schedule with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system, which will send notification of such filing to all counsel of record.

This document complies with the length limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), the document contains 562 words by Microsoft Word for Microsoft 365's word count utility.

This document complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6), because it was prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman.

*s/ Brandon N. Adkins*
Brandon N. Adkins
United States Department of Justice

*Counsel for Respondents*
