# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-60351　Denka Performance Elastomer v. EPA
　　　　　　　USDC No. 40 CFR Parts 60 and 63

The court has granted an extension of time to file a response to the motion to supplement the record to and including September 09, 2024.

The court has further granted an extension of time to and including October 30, 2024, for filing petitioners' brief in this case.

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　By: _____
　　　　　　　　　　　Angelique B. Tardie, Deputy Clerk
　　　　　　　　　　　504-310-7715

Mr. Brandon N. Adkins
Mr. Jorge Benjamin Aguinaga
Mr. Jeffrey Holmstead
Mr. Jason Hutt
Mr. Jeffrey L. Oldham
Mr. Alexander M. Purpuro
Ms. Kelsey LeeAnn Smith
Mr. Britt Cass Steckman
Mr. David A. Super
Mr. Kevin Voelkel