# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 13, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60351   Denka Performance Elastomer v. EPA
                     Agency No. 40 CFR Parts 60 and 63

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Majella A. Sutton, Deputy Clerk
                              504-310-7680

Mr. Brandon N. Adkins
Mr. Jorge Benjamin Aguinaga
Mr. Jeffrey Holmstead
Mr. Jason Hutt
Mr. Jeffrey L. Oldham
Mr. Jeffrey Prieto
Mr. Alexander M. Purpuro
Ms. Kelsey LeeAnn Smith
Mr. Britt Cass Steckman
Mr. David A. Super
Mr. Kevin Voelkel