# United States Court of Appeals
# for the Fifth Circuit

No. 24-60351

United States Court of Appeals
Fifth Circuit
**FILED**
September 13, 2024
Lyle W. Cayce
Clerk

Denka Performance Elastomer, L.L.C.,

*Petitioner,*

State of Louisiana; Louisiana Department of Environmental Quality,

*Intervenors,*

*versus*

United States Environmental Protection Agency; Michael Regan, *Administrator, United States Environmental Protection Agency,*

*Respondents.*

_____

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 40 CFR Parts 60 and 63
_____

ORDER:

    IT IS ORDERED that Petitioner's opposed motion to supplement the record is carried with the case.

No. 24-60351

_____
KURT D. ENGELHARDT
*United States Circuit Judge*