# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 05, 2024

Mr. David A. Super
Bracewell, L.L.P.
2001 M Street, N.W.
Suite 900
Washington, DC 20036

    No. 24-60351   Denka Performance Elastomer v. EPA
                            Agency No. 40 CFR Parts 60 and 63

Dear Mr. Super,

We received your addendum to the petitioner's brief. It must be filed separately from the brief. we are taking no action on this document.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Rebecca Andry, Deputy Clerk
                            504-310-7638

cc:
    Mr. Brandon N. Adkins
    Mr. Jorge Benjamin Aguinaga
    Mr. Jeffrey Holmstead
    Mr. Jason Hutt
    Mr. Jeffrey L. Oldham
    Mr. Jeffrey Prieto
    Mr. Alexander M. Purpuro
    Ms. Kelsey LeeAnn Smith
    Mr. Britt Cass Steckman
    Mr. Kevin Voelkel