**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| DENKA PERFORMANCE ELASTOMER, LLC,<br><br>*Petitioner*,<br><br>STATE OF LOUISIANA and LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>*Intervenors*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator of the U.S. Environmental Protection Agency,<br><br>*Respondents*. | Case No. 24-60351 |

**MOTION TO EXTEND TIME TO FILE RESPONDENTS' BRIEF**

Respondents United States Environmental Protection Agency and Administrator Michael S. Regan ("EPA") move to extend EPA's deadline to file its response brief to December 20, 2024.

In support of the extension requested in this motion, EPA states:

1. On October 30, 2024, Petitioner Denka Performance Elastomer, LLC, filed its principal brief. *See* ECF No. 91.

2. EPA's deadline to file its response brief is November 29, 2024. Fed. R. App. P. 31.

3. Good cause exists to extend EPA's deadline to file its response brief. *See* Fed. R. App. P. 26(b); 5th Cir. R. 26.2. EPA is working diligently to prepare its response. This extension will facilitate anticipated additional processing time involved due to the required coordination of drafting and review through multiple levels of management at both the EPA and the United States Department of Justice. In addition, this extension request accounts for the intervening the Veterans Day and Thanksgiving Holidays in the month of November.

4. Accordingly, EPA requests that the Court extend EPA's deadline to file its response brief by three weeks (twenty-one days) to December 20, 2024.

5. Undersigned counsel for Respondents conferred with counsel for Petitioner and Intervenors. Petitioner and Intervenors do not oppose the relief requested in this motion.

Date: November 8, 2024	Respectfully submitted,

TODD KIM
Assistant Attorney General

*/s Alexander M. Purpuro*
ALEXANDER M. PURPURO
BRANDON N. ADKINS
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9562 (Adkins)
Tel: (202) 514-9771 (Purpuro)
Email: Alexander.Purpuro@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on November 8, 2024, I electronically filed the foregoing Motion to Extend Time to File Respondents' Brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system, which will send notification of such filing to all counsel of record.

This document complies with the length limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), the document contains 205 words by Microsoft Word for Microsoft 365's word count utility.

This document complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6), because it was prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman.

/s Alexander M. Purpuro
Alexander M. Purpuro
United States Department of Justice

*Counsel for Respondents*