# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-60351    Denka Performance Elastomer v. EPA
                         Agency No. 40 CFR Parts 60 and 63

The court has granted an extension of time to and including December 20, 2024 for filing respondent's brief in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Rebecca Andry, Deputy Clerk
                      504-310-7638

Mr. Brandon N. Adkins
Mr. Jorge Benjamin Aguinaga
Mr. Jeffrey Holmstead
Mr. Jason Hutt
Mr. Erik Scott Jaffe
Mr. Jeffrey L. Oldham
Mr. Jeffrey Prieto
Mr. Alexander M. Purpuro
Mr. Michael S. Regan
Ms. Kelsey LeeAnn Smith
Mr. Britt Cass Steckman
Mr. David A. Super
Mr. Kevin Voelkel