# DECLARATION OF SHARON C. LAVIGNE

1. My name is Sharon Cayette Lavigne. I live in St. James, Louisiana, in an area known as Brookstown. I am a lifelong resident of St. James.

2. My house is on the same road and the same stretch of the Mississippi River where Formosa Plastics plans to build a 2,400-acre plastics complex.

3. The complex proposed by FG LA, LLC, an entity that is part of Formosa Plastics Group ("Formosa Plastics" or "Formosa Petrochemical Corporation") would include sources within the Synthetic Organic Chemical Manufacturing Industry ("SOCMI") source category, which are subject to the improved Hazardous Organic NESHAP ("HON") standards that EPA newly finalized in May 2024.

4. I also live in a part of Louisiana known as Cancer Alley, which runs from New Orleans to Baton Rouge and that we now call Death Alley, locally, due to the high number of community members getting sick and dying from cancer. In this area there are already over a dozen other existing chemical plants that are HON sources on EPA's list including: Americas Styrenics, LLC; Koch Methanol, located in the 5th district of St. James; Westlake Vinyls; BASF Corporation; Methanex USA, LLC; Hexion Inc.; Shell Chemical; Occidental Chemical Corporation; Praxair Inc; and Rubicon, LLC in Geismar; the proposed Mitsubishi Chemical America facility in Geismar;

      Denka Performance Elastomer in St. John the Baptist Parish (which is also a Neoprene Production source subject to the new Group I Polymers and Resins standards finalized as part of the HON rule); as well as Exxon Mobil Chemical Plant in Baton Rouge. I live and visit areas near, and within a few miles of, these chemical plants regularly. My granddaughter attends Southern University Laboratory School and must pass Exxon Mobil in Baton Rouge every day to get to and from school. The school and university are located within 2-3 miles of the Exxon Mobil Chemical Plant.

5. I was a special education teacher for 38 years at St. James High School. I retired in 2019. This is the high school from which I graduated and my father, Milton Cayette, Sr., integrated in 1966. Three of my children graduated from St. James High School as well.

6. I am the Director/Founder, and a member of RISE St. James Louisiana, which I founded on October 20, 2018. RISE St. James is a faith-based organization focusing on protecting the air, water, soil, and environment of St. James Parish and other river parishes from toxic pollution emitted by the petrochemical industry. We are a small but mighty group of neighbors who live in the shadows of current petrochemical facilities; our homes are surrounded by places where new facilities, including Formosa Plastics and the Mitsubishi Chemical America facilities, are being proposed. RISE St.

      James Louisiana is working toward racial, social, and environmental justice for all residents of St. James Parish and throughout other river parishes

7. I have lived in St. James Parish my whole life. I grew up in an area known as Chatman Town. I have fond childhood memories of playing softball with my friends and watching my siblings play football in our yards, exploring the fields around us, fishing for crawfish in the pond, and picking blackberries and pecans. The land was healthy, and the air was clean. We often saw rabbits, deer, and sometimes coyotes on our property. My grandfather caught fish and shrimp in the Mississippi River. My father raised cattle and grew sugar cane to sell to the local sugar mills. We grew our own food and lived off the land.

8. I became more aware of the changes happening in St. James Parish and how toxic pollution is threatening our community when I started attending community meetings run by a local group called the H.E.L.P. (Humanitarian Enterprise of Loving People) Association of St. James. I learned more about the link between the petrochemical industry and our health problems and started to ask myself how we could stop additional polluting industries from coming.

9. When I heard about Formosa Plastics' plans to locate in St. James' 5th district, just two miles from my home, I felt angry, depressed, and

powerless. One of the biggest plastics producing facilities in the world would be located on 2,400 acres just down the road from me, next to the town known as Welcome and across the river from Union, which are both predominately black communities. I expected that Formosa Plastics' toxic mega-facility would be another nail in our coffin, maybe the last one we could withstand. I felt strongly that we as a community could not survive any more toxic pollution, but I kept hearing "it's a done deal."

10. That did not sit well with me. I prayed and prayed. I was fatigued by the stress of it. One day as I sat praying on my porch, I saw a very rare sight—two bright red birds flying from one tree to the next, which my daughter told me meant change was coming. I felt God's presence with me, and I asked God, "Should I sell my home, the home that you gave me?" And then I heard God's voice as clear as if I were having a conversation with a friend, and He said no. Then I asked, "Do you want me to sell my land, the land that you gave me?" Again, He said no. Finally, I asked Him, "What do you want me to do?" He said, "FIGHT." I was overcome with emotion and had tears rolling down my face. That is when I decided to form RISE St. James, which is what I did in my den in October 2018.

11. RISE St. James' Louisiana membership is made up of lifelong residents of St. James, Ascension, Iberville, St. John the Baptist, and East Baton Rouge

Parishes along the Mississippi River who love this community, as did our parents, grandparents, and great-grandparents. We share a common concern that the petrochemical industry threatens our health and our future. The majority of our members are women, retirees, and individuals who trace their family roots in the region back to the end of antebellum slavery.

12. While I am responsible for the day-to-day operations and overall strategy of RISE St. James Louisiana, we have an Advisory Board made up of additional members, including myself, a Board President, and board members.

13. RISE St. James Louisiana educates residents about the harmful impacts of living in one of the most industrialized areas in the country and organizes to hold our elected officials accountable. We hold monthly meetings at the Welcome Park Senior Center in St. James where we make decisions around actions we plan to take (for example, marches, letter-writing campaigns, town halls, and participation in public meetings and hearings). We have members who regularly attend RISE St. James Louisiana meetings and many more supporters who participate in events when they can. We utilize several social media platforms to communicate with our members and supporters.

14. RISE St. James Louisiana has organized several marches in Cancer Alley; hosted workshops and other convenings to help educate members of the

public and decision-makers about our community and the threat Formosa Plastics and other facilities like Denka Performance Elastomer pose to our health and well-being; testified at St. James Parish Council hearings on Formosa Plastics, South Louisiana Methanol, and Koch Methanol St. James, LLC; provided public comment to the Louisiana Department of Environmental Quality on Koch Methanol St. James, LLC's request to expand and Mitsubishi Chemical America's proposed construction permit and operating permit; and filed a lawsuit against St. James Parish to request a parish-wide moratorium on new petrochemical facilities and the expansion of existing facilities.

15. RISE St. James Louisiana's goal is to keep Formosa Plastics, Koch Methanol, Americas Styrenics, LLC, Mitsubishi Chemical, Denka Performance Elastomer, and other facilities from polluting and further degrading our community throughout the river parishes. We are fighting permits for these facilities and want stronger national protection in regulations and oversight from EPA and other agencies. We must try every possible way to prevent the harm that these new facilities would cause and to reduce and mitigate the harm that the existing facilities are already causing.

16. The Formosa Plastics Petrochemical plant (if built) would have to comply with EPA's HON air toxics standards, which became final in May 2024. The other existing HON sources near me are also covered by this new rule.

17. The new HON rule includes several important improvements over the previous standards. The rule will reduce toxic pollution from these sources and decrease harm to our communities. These improvements include fenceline monitoring requirements; removing malfunction loopholes that allowed facilities to release unlimited pollution during startup, shutdown, and malfunction events; and health-based standards that EPA set for facilities that release ethylene oxide and chloroprene.

18. I am submitting this declaration in support of the intervention and litigation of RISE St. James Louisiana to help show why the national HON rule should not be weakened and instead should be strengthened to protect our health from Formosa Plastics, Denka Performance Elastomer, and all of the other HON and Polymers and Resins sources in our area, and to prevent and reduce the serious harm that my community and I are facing from these sources' pollution.

19. Industry has already harmed our land, air, and water, and Formosa Plastics would significantly increase these harms if allowed to build – especially if it is not subject to stronger national standards. I know so many people here

who either have cancer or who know someone with cancer. My brother had cancer, and his wife died from cancer in 2001. There are funerals just about every other week for another person who has lost their life to cancer – and I go to as many as I can. Due to COVID-19 and the pollution, there were more than a dozen funerals in 2020 alone for my friends and neighbors. In 2019, two members of RISE St. James Louisiana died, from cancer or other illnesses. One of our members who retired from one of the plants was diagnosed with colon cancer just this year. I do not want any more of our members to get cancer or die of cancer from toxic air pollution.

20. I am concerned about getting cancer personally based on the pollution proposed from Formosa Plastics and other HON chemical plants. I already have health issues, including auto-immune hepatitis, which affects my liver. I will not feel safe or enjoy the life I want to be able to live if Formosa Plastics and other HON sources are allowed to release more cancer-causing and other toxic air pollution into my neighborhood and do not have to comply with the HON rule and its compliance deadlines. I would feel even worse if the rule were to be weakened.

21. Scientists are reporting that air pollution makes us more vulnerable to sickness, including COVID-19, and Formosa Plastics' petrochemical complex is expected to more than double our air pollution. This will

negatively impact my health, my family's health, and the health of my community; reduce my quality of life and enjoyment of nature in St. James; and harm us in additional ways, such as causing emotional distress, trauma, health care burdens, and financial burdens. Formosa Plastics is also going to change our community for the worse – especially if it is not required to meet stronger national pollution standards. My property value has dropped by approximately $100,000 since 1987 with the other polluting sources in our area. If Formosa Plastics is built and not required to meet stronger standards, I am concerned that my home value will go down even more.

22. My fruit trees no longer produce fruit at all, or not as often as they used to. My lemon tree is soft, the lemons are mushy. Orange trees and mulberry trees died. I can't grow blackberries anymore. Fig trees have died. I love figs. I don't want to have to go to the store to buy figs. My pecan trees used to bear every year, and now it's maybe every other year because of the pollution we have now. I love persimmons also, but now our tree only bears once a week, which is less often than it used to. I want to be able to sit down and eat my own homegrown pecans and persimmons again without worrying about the pollution. We need stronger standards to ensure Formosa Plastics, Mitsubishi Chemical America, Koch Methanol, Americas Styrenics, LLC and other existing HON sources cannot release more pollution that builds up

in our food. I am concerned that I will lose even more of my trees and will not be able to get more pecans or grow other food if Formosa Plastics is built and emissions from Formosa and existing HON sources are not strictly regulated under the improved standards of the new HON, as needed to protect our health and the environment.

23. Children in my family and community have trouble breathing and they are experiencing skin rashes, nose bleeds, respiratory ailments, and cancer. One of my granddaughters currently has a rash that is taking months to clear up. If built and not regulated properly, the Formosa Plastics plant will join the other HON polluting facilities surrounding my community and make our environment even more unlivable.

24. The serious harms Formosa Plastics will bring keep me up at night, especially if we don't have adequate EPA standards in place to protect our health. Odors from Formosa Plastics' facility will also disturb my enjoyment of my home and property. I love to spend time on my porch. I sit in my chair, read my Bible, take calls out there, visit with family and friends, and watch the birds fly from one tree to the next. I can smell the odors of industry, especially early in the morning and late in the afternoon, which sends me indoors. Formosa Plastics will substantially decrease my enjoyment of my outdoor space by contributing to this air and odor

pollution, and I expect it will also drive the birds I enjoy away if it is allowed to be built and not regulated sufficiently. The pollution Formosa Plastics would be allowed to release would diminish the pleasure I take living where I do, in the community where I have always lived.

25. Also, I am very concerned that we will not have enough protection from pollution spikes or worse from Formosa Plastics, Americas Styrenics, Koch Methanol and the other HON chemical plants covered by EPA's rule. I know how storms and flooding put us at even greater risk of chemical releases from this type of plant, and EPA is not doing enough to prevent or assure protection if this happens. Instead, its new rule allows uncontrolled releases of pollution from pressure relief devices and flares under the new "three strikes" rule. We can't let Formosa Plastics be built with exemptions letting this facility get away with uncontrolled toxic pollution releases. EPA did the right thing by removing previous malfunction loopholes from the rule, and it must remove this new three strikes rule as well, to ensure HON chemical plants in our area must always control their pollution.

26. I worry for good reason that our water and air will be even dirtier and will make us sicker. Honestly, I do not know if we can survive if Formosa Plastics' mega-facility is constructed and if EPA's HON rule is weakened or delayed, and industries are allowed to emit hazardous chemicals. If Formosa

Plastics is allowed to build, I believe we will die off one by one. We need more protection, not weak rules.

27. And it is not just me I am worried about. Three of my children and four of my grandchildren live in St. James. One of my daughters and three of my grandchildren live on the east bank of Ascension Parish. One of my granddaughters lives on the west bank of Ascension Parish in a rural area known as Modeste right across the Mississippi River from the HON facilities in Geismar. There are two ammonia plants proposed for Modeste. One granddaughter lives in Iberville Parish near chemical facilities located there. My other daughter lives in East Baton Rouge Parish. I want them to have clean air to breathe, clean water to drink, and a healthy environment. Inadequate national standards will continue to put their health and safety at greater risk, increase their exposure to air and water pollution, and make our home an expansive industrial zone. Existing HON facilities like Koch Methanol and Americas Styrenics have violated their current air permits.

28. Right now, we still have pockets of green and beautiful agricultural land and rich wetlands. Formosa Plastics would pollute a huge area of that, including wetlands, to make plastic. I pass by the Formosa and Americas Styrenics sites about three or four times a week in usual times—including every Sunday after church to go to Adoration, another place of worship. I want to

give God an extra hour. I drive by to go grocery shopping in Donaldsonville and when going to visit friends who live nearby. I used to stop along the Formosa site to think about my community's ancestors who worked and suffered in the plantation fields and to pay my respects. I want to be able to continue visiting to connect with my community's ancestors. I also want to be able to continue seeing birds and wildlife I have regularly enjoyed seeing, like rabbits, frogs, grasshoppers, butterflies, and dragonflies.

29. Formosa Plastics will also release air pollution that will fall into our waterways, like the St. James Canal, which my community uses for fishing, as well as into the Mississippi River, which is an important source of drinking water for St. James and supports the seafood industry in our state. We rely on these local resources, but Formosa Plastics is going to increase toxic pollution and degradation to our waterways and wetlands that is already impacted by existing HON facilities. I don't think the fish will survive. We need stronger EPA standards so that we do not have to be concerned about eating fish and crawfish. We need to reduce the chemicals in our air and our fish, not increase them.

30. I was greatly distressed to learn that Formosa Plastics plans to release over 800 tons of toxic chemicals into the air every year, including ethylene oxide, benzene, and hexane. The new HON rule applies to ethylene oxide and

13

benzene, two highly carcinogenic chemicals. The proposed Formosa Plastics plant's permit would allow it to emit 7.7 tons of ethylene oxide per year, and it would be the largest emitter of ethylene oxide in the state. Allowing so much pollution to be released would harm our health and well-being. HON polluting industries have already given my parish the statistic of having more cancer-causing chemicals than 99 percent of the industrialized areas of this country. We are on the list of communities that already have extremely high cancer risk, above 100-in-1 million, according to EPA's recent national air toxics assessment.[1] I find it unacceptable that Formosa Plastics will double the air pollution I breathe, which will injure my vital, basic interests in breathing clean air and living a long, healthy life. Weakening the HON rule will impact the EPA's ability to protect residents and decrease pollution.

31. It also concerns me that Formosa Plastics would produce about 13.6 million tons of greenhouse gases every year, contributing to climate change. We in Louisiana know about intense weather events, flooding, and land loss. I value my home and my health, and do not want them damaged by intense storms and flooding. I also do not know how we will get out if we need to if Formosa Plastics is built and we face a flood. Formosa Plastics, Koch Methanol, Americas Styrenics, and the state have still not given us an

---

[1] https://theintercept.com/2019/02/24/epa-response-air-pollution-crisis-toxic-racial-divide/.

acceptable evacuation route, and if there is a flood, there is no good way out for St. James Parish residents. Highway 3127 is the state-sponsored evacuation route, but there is no easy way to get there from my house if all the roads are now closed to residents because they have been purchased by private entities and are often gated and locked.

32. Formosa Plastics will also increase my risk of having to face chemical spills and other industrial accidents. We are already at risk of spills and explosions by the existing HON facilities in St. James Parish. The state closes Highway 18 during emergencies, and Burton Lane, which is a privately owned road residents used to be able to use to reach Highway 3127, now has a chained gate blocking access. We must go all the way down to Moonshine to access Highway 3127 via 3219. In fact, when my neighbor had a heart attack and called an ambulance, it took the ambulance an hour instead of 10 minutes to reach her because of the locked gate.

33. In 2019, I was shocked to learn that the Formosa Plastics project site includes at least three cemeteries likely to contain the remains of people enslaved on the plantations where Formosa Plastics wants to build; these are our ancestors. The cemeteries are the Buena Vista, Elina and Acadia cemeteries. Since learning about these cemeteries, I wanted to visit the Buena Vista site with other members of RISE St. James to pray, sing, bring

flowers, and share the message of this discovery's significance with our friends, supporters, and descendants. I asked permission of Formosa Plastics to visit on Juneteenth while following social distance guidelines, but my request was denied even though the Army Corps said the public would have access to it. Thankfully, a judge in Louisiana granted our request for a temporary restraining order for access to the site for one hour on Juneteenth. We held a beautiful commemoration ceremony. I do believe my ancestors are beneath the soil of the proposed Formosa Plastics site and are calling out to me to honor and protect them. It sickens me to know that Formosa Plastics and the Army Corps have still not done a proper evaluation of these cemeteries and that the company disturbed the burial ground on site. There are no words to express how disrespectful it is to me that Formosa Plastics may be allowed to start construction activities. We need to be able to visit these sacred places, without desecration by Formosa Plastics and its toxic pollution. Since learning of the unmarked burial of our enslaved ancestors at the Formosa site, we have learned that unmarked burials of the enslaved are all along the Mississippi River and are located where proposed HON facilities plan to build.

34. Hearing again and again that we need not worry because Formosa Plastics will get all the necessary state and federal permits does not address my

concerns or the impact of this project on me and my community. The standards in those permits are simply not strong enough, and industry is trying to weaken the standards that apply.

35. I was born here in St. James Parish when Jim Crow still ruled. Even though more than five decades have passed, Formosa Plastics and existing HON facilities show me that democracy has still not arrived in my parish nor throughout the other river parishes. Black residents' views are regularly dismissed as unimportant or uninformed if they're even sought. In 2018, I learned that my community—areas around homes and churches—was designated as "industrial" and "future industrial" in St. James' first-ever land use plan in 2014. Although some parts of the 5th district were re-zoned back to residential, there are other industries still trying to build in a district that is already overburdened by industry. To think that multi-national petrochemical companies like Formosa Plastics, Koch Methanol, and Mitsubishi Chemical America can move in, take over, and leave us with more pollution and illness, lower property values, desecrated historic cemeteries, and fewer services without even EPA requiring protection for our health and environment is hard to understand. To see that our own local and state government is encouraging and supporting this transition is even harder to understand. It is as if they are sacrificing us for the petrochemical

17

industry. It is mind-boggling to me that industry is trying to attack the health science and weaken the HON rule standards for Formosa Plastics and other HON source facilities.

36. If my community had a true say, the State would not be spending $1.5 billion to attract foreign polluters like Formosa. If my community had a true say, the Army Corps would not allow Formosa Plastics to bulldoze nearly four square miles of wetlands, cemeteries, and sugarcane fields. If my community had a say, industry would not be able to weaken the HON rule that would apply to Formosa Plastics, Westlake Vinyls, BASF Corp, Methanex USA LLC, Hexion Inc., Shell Chemical, and Occidental Chemical Corp in Geismar, Louisiana. If my community had a say, we would have stronger national standards set by EPA that truly protect our health, so no one else ever gets cancer from air pollution, or any other illness, and so we don't have to live in fear of this pollution. And we would have fenceline monitoring at all chemical plants in our community that release dangerous pollution. Federal laws are supposed to protect us from bad decisions. More work remains to be done here by EPA to make sure that happens, and we can only get there by ensuring that the HON rule's protections and compliance deadlines remain in place and are not weakened or overturned by industry lawsuits.

37. I live in the shadow of Formosa Plastics' planned complex. I will be here for the rest of my life. My life will be cut short if Formosa Plastics builds this project and there are inadequate national standards to protect us. We need stronger national air toxics standards to prevent this project and other projects from harming my health and my spiritual and aesthetic enjoyment of the land where I raised my children. I am fighting so that our children and grandchildren may have the opportunity to call this land home. I am fighting for environmental justice and to save our future.

38. I want the world to know what's going on—what is happening in St. James and throughout the river parishes is wrong. We need Formosa Plastics and the Mitsubishi Chemical America facility not to be built at all. As these companies try to move forward, we are marching, we are writing letters, we are trying to call attention.

39. We need EPA's new HON rule in place now—and to stay in place. We need to prevent industry from undoing the science on cancer that EPA used and from weakening the regulations or we will lose important protections that Formosa Plastics and other HON chemical plants near me should have to comply with. My community, my family, and I cannot afford to breathe and face more exposure to toxic air pollution. If anything, we need stronger national standards for HON facilities to ensure Formosa Plastics and other

covered sources throughout Cancer Alley will not be allowed to avoid meeting more stringent requirements to reduce pollution and implement fenceline monitoring. If HON and Polymers and Resins facilities are not required to meet the improved emission standards of the new rule, my family and I will have to breathe even more toxic air pollution. Formosa Plastics and other HON chemical plants will not be required to meet more protective rules than are currently included in its proposed permits. These facilities must be required to comply with the rule because it is simply not right to allow them to sacrifice our lives to make plastic.

I declare under penalty and perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 10, 2024

*Sharon Lavigne*
Sharon Lavigne