# DECLARATION OF LETITIA TAYLOR

1. My name is Letitia Taylor. I am 60 years old. I was born and raised in Reserve, St. John the Baptist Parish, Louisiana. Since 1994, I have lived in neighboring LaPlace, also in St. John the Baptist Parish. My current home is about one mile from Denka Performance Elastomer's neoprene plant. The plant emits a dangerous chemical, chloroprene, into the air we breathe.

2. My father founded Concerned Citizens of St. John in 2016, and I joined the organization the next year. I got involved to help advocate for clean air and to protect the next generation. I am now the program manager. One of the things that I do in this role is to update and share information about plant emissions. I am also a member of Environmental Defense Fund.

3. In about 1969, the plant started producing neoprene and emitting a dangerous chemical, chloroprene, just a few blocks away from my family's home in Reserve. Many of my other relatives also lived close to the plant.

4. Eventually, it seemed that nearly everybody in town started getting sick. The community started suspecting that there was something unusual and unnatural going on.

5. For example, in the early 1980s, my grandmother, who lived by the plant, was diagnosed with bone cancer, which she died from years later. My uncle,

cousin, and multiple neighbors, all of whom lived by the plant, also died of cancer.

6. I have two children, and one grandchild. They were all born in Reserve. My grandchild was born very prematurely, with respiratory issues. He has developmental delays and now, at age 2, is not speaking.

7. My family and community have seen other widespread health problems. My mother suffered from breast cancer, multiple sclerosis, and a rare blood disease. My sister was diagnosed with an extremely rare autoimmune disease, for which she takes infusions every week. My brother has kidney disease, and a year after he moved back to Reserve from living 20 years in California, he had a heart attack, followed by a second heart attack the next year, and was also diagnosed with diabetes (which we do not have a family history of).

8. I have observed a large number of ailments in my family and community. Many members of my family have eczema, asthma, sinus infections and other respiratory problems. Many members of my community suffer from ADHD and migraines.

9. I understand the cause of such a high rate of health problems to be our community's exposure to the emissions from the plant.

10. During the early months of the Covid crisis, St. John the Baptist Parish had the highest death rate per capita from Covid in the nation. Studies show that toxic air pollution can worsen the effects of Covid. I believe that we had such extremely high death rates because our residents' immune systems were compromised by the pollution.

11. My father's home in Reserve, about half a mile from Denka, has been a place of refuge and restoration for generations of my family. But the plant makes it much harder to feel that way because the air isn't safe to breathe.

12. The flares from the plant are frequent, especially at night. They light up the sky. Some weeks, the flares may go on for three days. We do not know what is happening when we see this. The company never warns or informs us about the flares.

13. I vividly recall an explosion at the plant when I was younger. My family heard a huge boom, and we thought at first that a plane had crashed. We had a hard time fleeing because we lived on a dead-end street, and we and the other people fleeing were stuck in traffic that stretched all the way to Baton Rouge.

14. I love to flower garden in my yard, and I try to garden outside a few hours in the evening every other day. However, while I am gardening, I am always aware of the Denka plant and the fact that I'm breathing its chemical

emissions. Because of the emissions, I go out less to garden, and when I do go out, I spend less time outside.

15. I'm sure our property prices have been impacted by the plant, especially as the problems it causes are now known nationwide. But I don't want anyone to move here and get sick.

16. For years, our community could rely only on our own observations of how the plant affected us. But in 2016, we began to learn a lot more information, when EPA came here and told us about the plant's emissions. We learned that St. John the Baptist Parish had the highest risk of cancer from toxic air pollution in the country.

17. It was very difficult to learn that everything my father and I talked about when we were younger – that it had to be the plant that was causing harm to our community – was true.

18. Our bodies have been exposed to over 50 years of toxins from the plant that have not been appropriately regulated. For many years, this pollution has attacked my community at every level – physically and emotionally. We have lost our homes. We have lost our loved ones. It is a terrible feeling, to watch our people die and feel that there is nothing we can do about it. And while we grieve those who have died, we also dread test results that may tell us we ourselves have been diagnosed with something new. It can feel very

helpless and hopeless, particularly as we think about the next generation and the harms they may endure.

19. I have been diagnosed with clinical depression, and in recent years my medication has been increased significantly. I believe that Denka's effects on my home, life, and community have contributed to my depression.

20. Though we felt for a long time that we had no control over this situation, in fact, this is something that could be stopped. It was an overwhelmingly good feeling to see EPA's regulation with emission limits for chloroprene and ethylene oxide go into effect. In St. John, we're exposed to both of those chemicals. The regulation is a breath of clean air, and is also our only hope, because Denka has not and will not act to protect us.

21. I understand that Denka is now trying to weaken the rule and wants to delay how quickly it needs to comply with the rule. If Denka succeeds and EPA weakens the rule or doesn't require Denka to comply with it soon, my family and community and I would have to breathe more toxic emissions. If Denka is given a full two years before it needs to comply with the rule, I would worry tremendously about my health and my family's health. We need EPA's rule to go into effect and for Denka to comply as soon as possible. That's why I support Concerned Citizens of St. John and the Environmental Defense Fund intervening in this lawsuit to protect the rule.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2024

_Letitia Taylor_
Letitia Taylor