# DECLARATION OF ROBERT TAYLOR

1. My name is Robert Taylor, and I am 83 years old. I was born in and have lived my whole life in Reserve, Louisiana.

2. I was an air conditioner contractor and have retired.

3. I built my current home in Reserve in 1968 and lived here until Hurricane Ida destroyed the roof of my home. I currently live with my daughter in LaPlace, Louisiana, about a ten-minute drive away.

4. I had 4 children with my wife, 15 grandchildren, and 10 great-grandchildren. They were all were born and raised in St. John the Baptist Parish. Most of them still live in this Parish.

5. My house in Reserve is about half of a mile from Denka, a neoprene production facility that emits chloroprene into the air. I can see the plant from my balcony. My daughter's house in LaPlace is about one mile away from Denka.

6. I am the founder and Executive Director of Concerned Citizens of St. John. I founded the group in 2016, when EPA visited St. John and informed the community that Denka's chloroprene emissions were causing an extremely high cancer risk. EPA told us that census tract 708 in St. John had a cancer risk from toxic air pollution of over 1,500-in-one million, the highest in the country. This was the first time I was made aware of how these air emissions

were impacting us. I was shocked, so much so that I created Concerned Citizens of St. John.

7. As the executive director, I engage with EPA and state and local government to advocate for improving air quality. We fight for clean air so that we can survive.

8. Denka was previously owned by Dupont. Dupont started operating its neoprene facility in St. John in about 1969. The facility was built on a former plantation. When the plant was being built, the white residents left and moved north of Airline Highway because they had been warned about the pollution. I mistook that phenomenon for the white flight that was happening all over the country as a result of desegregation laws. By the time the plant started operating, almost everyone living in Reserve was Black.

9. In the 1970s and 1980s, I started realizing that something was wrong. Something unnatural was going on. After Dupont moved in, kids started saying they couldn't play outside because there was a bad odor and they had trouble breathing. Certain vegetation started dying. Eventually, people in my community started getting sick and dying. I've watched my whole family and community suffer from the same health issues: cancer, respiratory issues, and autoimmune disease.

10. My family has suffered and died from many health issues as a result of

inhaling toxic air. My mother died of bone cancer. She was the first person in her family to be diagnosed with cancer. My uncle and two of my cousins died from cancer. My brother died of lung cancer. Multiple of my neighbors, including my next-door neighbors on both sides of my home, have died of cancer.

11. My wife had breast cancer and has multiple sclerosis and a rare blood disease. She also has kidney and heart problems.

12. We moved my wife and one of my daughters out of the community because of how toxic emissions were hurting their health. The air pollution is so bad in St. John that it has separated me from my family.

13. My other daughter, who was born and raised in Reserve, has a very rare autoimmune disease that she needs infusions for every week. She was diagnosed while receiving specialized treatment for gastroparesis.

14. My son has kidney disease and lived for many years in California. He moved back to Reserve eventually, and a year after he moved back home, he had a heart attack, followed by another one the next year. He was diagnosed with type 2 diabetes, and we have no family history of it.

15. When my kids or grandkids have come inside from playing outside, they have complained of their noses burning and chests hurting. Many of my grandchildren have asthma, upper respiratory issues, and eczema. My great

grandson was born two years ago very prematurely. He is showing signs of respiratory issues and developmental delay.

16. The toxic chemicals we breathe every day compromise our immune systems. St. John the Baptist Parish suffered the highest per capita death rate from COVID-19 in the beginning of the pandemic because of how much toxic air pollution compromises our immune systems.

17. Since the neoprene plant moved in, I have also noticed that the natural vegetation and even some animals have changed dramatically. Trees are dying. The tops of trees are dead. Many plants that grew fruits and vegetables are now dead. Some insects my children and I grew up with—fireflies, locusts—are gone.

18. Living near Denka has also changed my daily routines and how I spend time outside. I used to like to take walks and sit outside and watch nature. I grew up walking a lot. But eventually I started noticing that the pollution was getting worse. There's no place I can walk in my community that's safe from Denka's emissions because we're right on the fenceline. So I stopped taking walks in my community. The only way to get away from these emissions is to drive out of the community to take a walk somewhere else.

19. I can't avoid Denka's emissions because no matter where I drive, I have to drive past the plant. Even if my car windows are closed, the outside air

comes in through the air conditioning system.

20. I am not safe from these emissions even in my own home, even when I shut the doors and close the windows, because the air comes in through the vents.

21. We're exposed to various toxins from Denka and other facilities, and many of these pollutants cause significant odors. The odor is often worse in the late night or early evening. The odors are also worse right before it's going to rain and when it rains. Sometimes, the odor from the air pollution has been so strong that I've had to go inside. But going inside doesn't fully protect us because we still have to rely on the air coming into our house or car. Sometimes, these odors have been so bad at night that, even when I've been inside my house asleep, they've woken me up.

22. I've seen huge flares come from Denka and heard emergency sirens. When I've asked local government if there is an evacuation plan for the community in case of an emergency at Denka, I've been told that there is no plan. Eventually, I was told to shelter in place if there's a disaster at the plant. But sheltering in place won't protect us because the emissions come into our homes. We need oxygen to breathe.

23. No words can fully describe the emotional and psychological pain this relentless pollution has caused me. Seeing my family and community, especially the young kids, get sick and die is so painful, especially because

this is all preventable. This is all unconscionable. It is difficult for me to really describe what I'm going through. This plant is a part of my daily life.

24. When I pass Fifth Ward Elementary School located right next to Denka, it's hard for me to look at those kids playing in the playground. I know being inside the school building isn't enough protection either. They spend hours a day at this school. And a significant number of those school kids go back home just a block away. They never leave the pollution. They live in census tract 708, so they're constantly bombarded with pollution. The kids who are bussed in to school might be fortunate enough to live somewhere where they're exposed to a lower level of chloroprene, but there's nowhere in St. John that is safe from chloroprene. A study showed that there was no location in St. John subject to lower than 0.2 micrograms of chloroprene per cubic meter, which is the level of chloroprene that EPA says causes an unsafe risk of cancer.

25. I have been fighting to reduce chloroprene emissions and for clean air for 8 years.

26. I am heartbroken that, after all these years and all this work, children are still being bussed into that hellhole. We have marched from Fifth Ward Elementary School to Baton Rouge. We've picketed at the school board. The science shows that children are more vulnerable to chloroprene than adults.

How many of these children are we sending to an early death? That's been traumatic for me.

27. Denka has caused significant economic problems for St. John's residents by drastically hurting our property values. I hired a state-licensed appraiser to apprise my property. He told me that my home's proximity to Denka nearly halved the value of my home.

28. These companies, worth billions of dollars, talk about giving us jobs, but most of Denka's employees are not from St. John. And even if Denka employees include some St. John residents, it is in exchange for harming the over 40,000 people who live here, including thousands of young people. How many jobs are worth the life of one child? Whose life should be sacrificed for someone to have a job? Or to make billions of dollars?

29. I don't want to sell my home because my conscience wouldn't let me sell this death trap to another family. I couldn't in good conscience see another family move into this area knowing that I played a part in allowing them to come here, get sick, and die.

30. We've waited for years for this rule requiring Denka and other facilities to reduce emissions. I understand that Denka is now suing EPA to try to weaken the rule and to challenge the 90-day deadline to comply. It is not acceptable for Denka to not be required to comply with this rule until a full

two years from now. If Denka succeeds and EPA weakens the rule and delays the deadline to comply, I will be extremely worried about my own health, my family's health, and the health of my community, especially our children who go to school right next to Denka. I support Concerned Citizens of St. John intervening in this lawsuit to defend the rule because we need this rule to protect the air we breathe and to survive.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2024

*Robert Taylor*

Robert Taylor