# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-60351    Denka Performance Elas v. EPA
                          USDC No. 40 CFR Parts 60 and 63

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Melissa V. Mattingly, Deputy Clerk
                          504-310-7719

Mr. Brandon N. Adkins
Mr. Jorge Benjamin Aguinaga
Mr. Jeffrey Holmstead
Mr. Jason Hutt
Mr. Erik Scott Jaffe
Mr. Jeffrey L. Oldham
Mr. Jeffrey Prieto
Mr. Alexander M. Purpuro
Ms. Kelsey LeeAnn Smith
Ms. Britt Cass Steckman
Mr. David A. Super
Mr. Kevin Voelkel