# United States Court of Appeals for the Fifth Circuit

---

No. 24-60351

---

Denka Performance Elastomer, L.L.C.,

*Petitioner,*

State of Louisiana; Louisiana Department of Environmental Quality,

*Intervenors,*

*versus*

United States Environmental Protection Agency; Michael Regan, *Administrator, United States Environmental Protection Agency,*

*Respondents.*

---

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 40 CFR Parts 60 and 63

---

No. 24-60351

ORDER:

On the showing made,

IT IS ORDERED that the motion of Concerned Citizens of St. John and RISE St. James Louisiana for leave to intervene on behalf of Respondents is DENIED, without prejudice to movants' right to seek the filing of an amici brief.

_____
KURT D. ENGELHARDT
*United States Circuit Judge*