**ORAL ARGUMENT NOT YET SCHEDULED**

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| **DENKA PERFORMANCE ELASTOMER LLC,** ) <br> ) <br> **Petitioner,** ) <br> ) <br> **STATE OF LOUISIANA and LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY,** ) <br> ) <br> **Intervenors,** ) <br> v. ) <br> ) <br> **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, Administrator, United States Environmental Protection Agency,** ) <br> ) <br> **Respondents.** ) | No. 24-60351 |

**MOTION TO EXTEND TIME TO FILE PETITIONER'S REPLY BRIEF**

Petitioner Denka Performance Elastomer LLC ("DPE") moves to extend DPE's deadline to file its reply brief to January 17, 2025.

In support of the extension requested in this motion, DPE states:

1. On October 30, 2024, DPE filed its principal brief. *See* Doc. 91.

2. On November 8, 2024, the Environmental Protection Agency and Administrator Michael S. Regan ("EPA") filed a motion to extend the deadline to

file a response brief by 21 days, from November 29, 2024, to December 20, 2024. *See* Doc. 99. DPE consented to EPA's extension request.

3. On November 8, 2024, the Court granted EPA's motion and extended EPA's deadline to file its response brief to December 20, 2024. *See* Doc. 100.

4. On December 20, 2024, EPA filed its response brief. *See* Doc. 110.

5. DPE's deadline to file its reply brief is January 10, 2024. Fed. R. App. P. 31.

6. Good cause exists to extend DPE's deadline to file its reply brief by seven days to January 17, 2025. *See* Fed. R. App. P. 26(b); 5th Cir. R. 26.2. The current briefing period for DPE's reply includes the Christmas and New Year's holidays. The requested seven-day extension will ensure that DPE's legal team has sufficient time to digest EPA's response brief prepare its reply in light of the intervening holidays.

7. Counsel for DPE conferred with counsel for EPA and Intervenors who stated that they do not oppose the relief requested in this motion.

8. Accordingly, DPE respectfully requests that the Court extend DPE's deadline to file its reply brief by seven days to January 17, 2025.

Date: December 23, 2024

James C. Percy
JONES WALKER LLP
445 N. Boulevard, Suite 800
Baton Rouge, LA 70802
Telephone: (225) 248-2130
jpercy@joneswalker.com

Robert E. Holden
Brett S. Venn
JONES WALKER LLP
201 St. Charles Ave
New Orleans, LA 70170
Telephone: (504) 582-8000
bholden@joneswalker.com
bvenn@joneswalker.com

Respectfully submitted,

*/s/ David A. Super*
David A. Super
Jason B. Hutt
Jeffrey R. Holmstead
Britt Cass Steckman
Kevin M. Voelkel
BRACEWELL LLP
2001 M Street NW, Ste. 900
Washington, DC 20036
Telephone: (202) 828-5800
david.super@bracewell.com
jason.hutt@bracewell.com
jeff.holmstead@bracewell.com
britt.steckman@bracewell.com
kevin.voelkel@bracewell.com

Jeffrey L. Oldham
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: (713) 223-2300
jeffrey.oldham@bracewell.com

***Counsel for Petitioner Denka Performance Elastomer LLC***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 265 words by Microsoft Word's word count utility.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Times New Roman 14-point font using Microsoft Word 365.

Date: December 23, 2024

/s/ David A. Super
David A. Super

*Counsel for Petitioner*
*Denka Performance Elastomer LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I have caused a true and correct copy of the foregoing *Motion To Extend Time To File Petitioner's Reply Brief* to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notice of filing to all registered users.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I further certify that: (1) any required privacy redactions have been made (5th Cir. R. 25.2.13); (2) the electronic submission is an exact copy of the paper document in compliance with (5 Cir. R. 25.2.1); and (3) the document has been scanned with the most recent version of CrowdStrike Windows Sensor Version 7.17.18721.0, last updated on November 21, 2024, and is free of viruses.

Date:  December 23, 2024                  /s/ David A. Super
                                          David A. Super

                                          *Counsel for Petitioner*
                                          *Denka Performance Elastomer LLC*