No. 24-60351

# In the United States Court of Appeals for the Fifth Circuit

DENKA PERFORMANCE ELASTOMER LLC,
*Petitioner,*

STATE OF LOUISIANA AND LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY,
*Intervenors,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND MICHAEL REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
*Respondents,*

On Appeal from Environmental Protection Agency
40 CFR Parts 60 and 63

## INTERVENORS STATE OF LOUISIANA AND LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY MOTION FOR LEAVE TO FILE REPLY BRIEF

NOAH HOGGATT
Executive Counsel

LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY
602 North Fifth Street
Baton Rouge, LA 70802
(225) 219-3985
Noah.Hoggatt@la.gov

ELIZABETH B. MURRILL
Attorney General of Louisiana

KELSEY L. SMITH
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 428-7432
SmithKel@ag.louisiana.gov

*Counsel for Intervenors the State of Louisiana and the Louisiana Department of Environmental Quality*

Pursuant to Federal Rules of Appellate Procedure 27, Intervenors the State of Louisiana and the Louisiana Department of Environmental Quality (collectively "Louisiana"), file this motion for leave to file a Reply Brief on January 24, 2025.

Under Rules 15(d) and 27, and Fifth Circuit Rule 15.5, Louisiana moved to intervene in the above-captioned case in support of Petitioner, Denka Performance Elastomer LLC ("DPE") on July 15, 2024. ECF No. 11. This Court granted Louisiana's Motion to Intervene on July 19, 2024. ECF No. 37-2.

DPE filed its opening brief on October 30, 2024 (ECF No. 92-1) and, complying with the timeline set forth in Fifth Circuit Rule 31.2, Louisiana filed its opening brief on November 6, 2024 (ECF No. 96). DPE recently requested, and the Court granted, an extension for its Reply Brief deadline. DPE's Reply Brief is due on January 17, 2025. ECF Nos. 112, 113.

Louisiana respectfully moves the Court for leave to file a Reply Brief, consistent with the requirements of Rule 32, in support of DPE on January 24, 2025—seven days after DPE's Reply Brief is due. This timeline accords with the briefing schedule established for an

intervenor's principal brief in Fifth Circuit Rule 31.2. DPE does not oppose this request, and EPA takes no position.

January 6, 2025

Respectfully submitted,

NOAH HOGGATT
EXECUTIVE COUNSEL

LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY
602 North Fifth Street
Baton Rouge, LA 70802
(225) 219-3985
Noah.Hoggatt@la.gov

ELIZABETH B. MURRILL
ATTORNEY GENERAL OF LOUISIANA

*/s/ Kelsey L. Smith*
KELSEY L. SMITH
DEPUTY SOLICITOR GENERAL

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 428-7432
SmithKel@ag.louisiana.gov

*Counsel for Intervenors the State of Louisiana and the Louisiana Department of Environmental Quality*

2

## CERTIFICATE OF SERVICE

I certify that on January 6, 2025, I filed the foregoing brief with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

*/s/ Kelsey L. Smith*
KELSEY L. SMITH

## CERTIFICATE OF COMPLIANCE

Pursuant to Fifth Circuit Rule 32.3, the undersigned certifies that this brief complies with:

(1) the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 211 words; and

(2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word 2016 (the same program used to calculate the word count).

*/s/ Kelsey L. Smith*
KELSEY L. SMITH

Dated: January 6, 2025