# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-60351

---

Denka Performance Elastomer, L.L.C.,

*Petitioner,*

State of Louisiana; Louisiana Department of Environmental Quality,

*Intervenors,*

*versus*

United States Environmental Protection Agency; Michael Regan, *Administrator, United States Environmental Protection Agency,*

*Respondents.*

---

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 40 CFR Parts 60 and 63

---

No. 24-60351

ORDER:

IT IS ORDERED that the Intervenors' Motion for leave to file a reply brief on or before January 24, 2025, is GRANTED.

_/s/ Kurt D. Engelhardt_

Kurt D. Engelhardt
*United States Circuit Judge*