# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 27, 2025

Mr. Brandon N. Adkins
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Jeffrey Holmstead
Bracewell, L.L.P.
2001 M Street, N.W.
Suite 900
Washington, DC 20036

Mr. Jason Hutt
Bracewell, L.L.P.
2001 M Street, N.W.
Suite 900
Washington, DC 20036

Mr. Erik Scott Jaffe
Schaerr Jaffe, L.L.P.
1717 K Street, N.W.
Suite 900
Washington, DC 20006

Mr. Jeffrey L. Oldham
Bracewell, L.L.P.
711 Louisiana Street
S. Pennzoil Plaza
Suite 2300
Houston, TX 77002

Mr. Alexander M. Purpuro
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Ms. Kelsey LeeAnn Smith
Louisiana Department of Justice
Office of the Attorney General
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Britt Cass Steckman
Bracewell, L.L.P.
2001 M Street, N.W.
Suite 900
Washington, DC 20036

Mr. David A. Super
Bracewell, L.L.P.
2001 M Street, N.W.
Suite 900
Washington, DC 20036

Mr. Kevin Voelkel
Bracewell, L.L.P.
2001 M Street, N.W.
Suite 900
Washington, DC 20036

  No. 24-60351  Denka Performance Elas v. EPA
         Agency No. 40 CFR Parts 60 and 63

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          /s/ Shea E. Pertuit
         By: _____
         Shea E. Pertuit, Deputy Clerk
         504-310-7666

Case No. 24-60351

Denka Performance Elastomer, L.L.C.,

    Petitioner

State of Louisiana; Louisiana Department of Environmental Quality,

    Intervenors

v.

United States Environmental Protection Agency; James Payne, Acting Administrator, United States Environmental Protection Agency, Administrator, United States Environmental Protection Agency,

    Respondents