# United States Court of Appeals for the Fifth Circuit

---

No. 24-60351

---

Denka Performance Elastomer, L.L.C.,

*Petitioner,*

State of Louisiana; Louisiana Department of Environmental Quality,

*Intervenors,*

*versus*

United States Environmental Protection Agency; Lee Zeldin, *Administrator, Administrator, United States Environmental Protection Agency*,

*Respondents.*

---

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 40 CFR Parts 60 and 63

---

No. 24-60351

ORDER:

IT IS ORDERED that Respondents' Unopposed motion to stay further proceedings in this court for 120 days to allow the Agency to brief new administration officials about the case and issues presented is GRANTED.

/s/ W. Eugene Davis
_____
W. Eugene Davis
*United States Circuit Judge*