## *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

## REVISED 2-12-2025

February 07, 2025

No. 24-60351    Denka Performance Elastomer v. EPA
                USDC No. 40 CFR Parts 60 and 63

**This notice is being resent as the NDA did not generate on February 7, 2025. Your due date for paper briefs is extended until February 18, 2025.**


You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant brief must be blue; record excerpts must be white; Appellee brief must be red; Reply brief must be gray; Amicus and Intervenor brief must be green. You may refer to Fed. R. App. P. 32 for guidance.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633

Mr. Brandon N. Adkins
Mr. Jorge Benjamin Aguinaga
Mr. Jeffrey Holmstead
Mr. Jason Hutt
Mr. Erik Scott Jaffe
Mr. Jeffrey L. Oldham
Mr. Jeffrey Prieto

```
Mr. Alexander M. Purpuro
Ms. Kelsey LeeAnn Smith
Ms. Britt Cass Steckman
Mr. David A. Super
Mr. Kevin Voelkel
```