# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 13, 2025

No. 24-60351   Denka Performance Elastomer v. EPA
                USDC No. 40 CFR Parts 60 and 63

Dear Counsel,

The request for paper copies of briefs and record excerpts is cancelled at this time due to the case being placed in abeyance.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633

    Mr. Brandon N. Adkins
    Mr. Jorge Benjamin Aguinaga
    Mr. Jeffrey Holmstead
    Mr. Jason Hutt
    Mr. Erik Scott Jaffe
    Mr. Jeffrey L. Oldham
    Mr. Jeffrey Prieto
    Mr. Alexander M. Purpuro
    Ms. Kelsey LeeAnn Smith
    Ms. Britt Cass Steckman
    Mr. David A. Super
    Mr. Kevin Voelkel